```
┌─────────────────────────────┐
│  F I L E D                  │
│ ┌─────────────────────────┐ │
│ │      OCT 2 0 2005        │ │
│ └─────────────────────────┘ │
│   U.S. DISTRICT COURT       │
│   DISTRICT OF DELAWARE      │
└─────────────────────────────┘
```

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

IN RE LETTER OF REQUEST      )
FROM LITHUANIA               )
IN THE MATTER OF             )    Misc No. 05- 207 GMS
KRANTAS                      )

ORDER

Upon application of the United States of America; and upon examination of a letter of request from Lithuania whose authorities are seeking certain testimony and information from individuals which may be found in this District, for use in a judicial proceeding in Lithuania and the Court being fully informed in the premises, it is hereby

**ORDERED**, pursuant to Title 28, United States Code, Section 1782, that Richard G. Andrews, Assistant United States Attorney, hereby is appointed as Commissioner of this Court and is hereby directed to execute the letter of request from the Lithuanian authorities as follows:

1. to take such steps as are necessary, including issuance of commissioner's subpoenas to be served on persons within the jurisdiction of this Court, to collect the evidence requested;

2. provide notice with respect to the collection of evidence to those persons identified in the requests as parties to whom notice should be given (and no notice to any other party

shall be required);

     3. adopt procedures to collect the evidence requested consistent with its use as evidence in a proceeding before a Court in Lithuania, which procedures may be specified in the request or provided by the Lithuanian authorities;

     4. seek such further orders of this Court as may be necessary to execute this request; and

     5. certify and submit the evidence collected to the Office of International Affairs, Criminal Division, United States Department of Justice, or as otherwise directed by that office for transmission to the Lithuanian authorities.

     IT IS FURTHER ORDERED that, in collecting the evidence requested, the Commissioner may be accompanied by persons whose presence or participation is authorized by the Commissioner.

Dated:  This _____20TH_____ day of _____Oct._____, 2005.

                                 _____

                              United States District Court Judge